IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO. 5:14-cv-884-D

| | |
|---|---|
| NORMAN JAMES,<br><br>Plaintiff,<br><br>vs.<br><br>INTOWN LESSEE SERVICES, LLC,<br><br>Defendant. | **ORDER GRANTING JOINT MOTION FOR APPROVAL OF CONFIDENTIAL SETTLEMENT AGREEMENT AND FOR DISMISSAL WITH PREJUDICE** |

This matter having come on before this Court on the parties' Joint Motion for Approval of Confidential Settlement Agreement and for Dismissal with Prejudice; and

The Court having carefully considered the Settlement Agreement and is of the opinion that the Settlement Agreement should be approved. Accordingly, and after due consideration

IT IS HEREBY ORDERED AND ADJUDGED that the Motion is **GRANTED**, and the Parties' Settlement Agreement is **APPROVED**.

IT IS SO ORDERED.

This the **24** day of March, 2016.

_____
JAMES C. DEVER III
Chief United States District Judge