IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:14-cv-884-D

| | |
|---|---|
| NORMAN JAMES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>INTOWN LESSEE SERVICES, L.L.C., )<br>)<br>Defendant. ) | **ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE SETTLEMENT AGREEMENT UNDER SEAL** |

This matter is before the Court upon Defendant's Motion to File Confidential Settlement Agreement and Final Release of All Claims Under Seal.

**AND IT APPEARING TO THE COURT** good cause has been show for the granting of this motion;

**AND IT APPEARING TO THE COURT** that Defendant has demonstrated the necessity and propriety of sealing the Confidential Settlement Agreement at issue;

**IT IS NOW THEREFORE ORDERED** that the Motion for Leave to File Settlement Agreement Under Seal be GRANTED and that the Confidential Settlement Agreement entered into between the parties is hereby SEALED.

IT IS SO ORDERED.

This the 24 day of March, 2016.

_____
JAMES C. DEVER III
Chief United States District Judge