UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF NORTH CAROLINA
                            WESTERN DIVISION


NORMAN JAMES,                            )
                Plaintiff,               )
                                         )   **JUDGMENT IN A CIVIL CASE**
V.                                       )   **CASE NO. 5:14-CV-884-D**
                                         )
INTOWN LESSEE SERVICES, LLC,             )
                Defendant.               )


**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** this matter having come on before this Court on the parties' Joint Motion for Approval of Confidential Settlement Agreement and for Dismissal with Prejudice; and the Court having carefully considered the Settlement Agreement and is of the opinion that the Settlement Agreement should be approved. Accordingly, and after due consideration IT IS HEREBY ORDERED AND ADJUDGED that the Motion is **GRANTED,** and the Parties' Settlement Agreement is **APPROVED.**

SO ORDERED. This 25th day of March, 2016.


**This Judgment Filed and Entered on March 25, 2016, and Copies To:**

| | |
|---|---|
| Dale E. Hollar | (via CM/ECF Notice of Electronic Filing) |
| M. Travis Payne | (via CM/ECF Notice of Electronic Filing) |
| Neubia LeChelle Williams | (via CM/ECF Notice of Electronic Filing) |
| Andreas N. Satterfield | (via CM/ECF Notice of Electronic Filing) |
| Patricia L. Holland | (via CM/ECF Notice of Electronic Filing) |
| Ted Nick Kazaglis | (via CM/ECF Notice of Electronic Filing) |
| Joshua M. Krasner | (via CM/ECF Notice of Electronic Filing) |


DATE:                           JULIE RICHARDS JOHNSTON, CLERK

March 25, 2016                  (By) /s/ Nicole Briggeman
                                 Deputy Clerk